# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**WELLS FARGO FINANCIAL LEASING, INC.**                 **PLAINTIFF**

V.                                 **CIVIL ACTION NO. 2:15-CV-160-KS-MTP**

**WALTER T. POPE**                                     **DEFENDANT**

### ORDER

The Court orders the parties to provide the Court with another status report regarding the bankruptcy case and Plaintiff's pursuit of relief from the automatic stay on or before **October 1, 2017**.

SO ORDERED AND ADJUDGED, on this, the __9th__ day of August, 2017.


                                                __s/Keith Starrett__
                                                UNITED STATES DISTRICT JUDGE